L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>**Richard Michael O'Brien** | : | Chapter  13 |
| | : | |
| **Debtor** | : | Bky. No.  2:25-bk-13261 |

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, **Brad Sadek**, certify that on  **October 29, 2025**, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  **October 29, 2025**

/s/ Brad Sadek
**Brad Sadek
Sadek Law Offices
1500 JFK Blvd. Ste 220
Philadelphia, PA 19102
(215) 545-0008
Brad@sadeklaw.com**

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**Ally Financial, Inc
PO Box 380901
Attn: Bankruptcy
Minneapolis, MN 55438**
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
     ☐ Other:

**Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302**
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
     ☐ Other:

**Credit One Bank N.A.
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603-0497**
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
     ☐ Other:

**Lvnv Funding/Resurgent Capital**
**Attn: Bankruptcy**
**PO Box 10497**
**Greenville, SC 29603-0497**
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**Crozer Hospital**
**30 Lawrence Rd**
**Broomall, PA 19008**
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**Kindred Hospital**
**6129 Palmetto Street**
**Philadelphia, PA 19111**
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**Naamans Creek Country Manor**
**1194 Naamans Creek Rd**
**Garnet Valley, PA 19060**
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**Penn Medicine**
**3400 Spruce St**
**Philadelphia, PA 19104**
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**Progressive**
**Attn: Bankruptcy**
**5805 Sepulveda Blvd**
**Fl 4**
**Sherman Oaks, CA 91411-2532**
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**Caine & Weiner**
**Attn: Bankruptcy**
**5805 Sepulveda Blvd**
**Fl 4**
**Sherman Oaks, CA 91411-2532**
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

**Social Security Administration**
**Attn: Bankruptcy**
**6401 Security Boulevard**
**Baltimore, MD 21235**
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:

☐ Other:

**Ally Financial, Inc**
**Attn: Bankruptcy**
**PO Box 380901**
**Bloomington, MN 55438-0901**
Creditor
Via:   ☐ CM/ECF   ☒ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
☐ Other: